UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Interwork Korea Co., Ltd., | 25-CV-02752 (VSB) (RFT) |
| Plaintiff, | |
| -against- | **ORDER** |
| Lashify, Inc., | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference is scheduled for **Wednesday, May 27, 2026  at 10:00 AM** in Courtroom 9B at 500 Pearl Street, New York, NY. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **May 8, 2026**, to propose three alternative dates and times for the settlement conference during the week of May 26, 2026.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report, prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **May 20, 2026**, **at 5:00 p.m**.

If an electronic device order is needed, the form needs to be emailed to TarnofskyNYSDChambers@nysd.uscourts.gov by **May 20, 2026.** The form can be found at https://nysd.uscourts.gov/forms under General Forms.

Corporate parties must send the person with decision-making authority to settle the matter to the conference. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  May 4, 2026
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge