UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
INTERWORK KOREA CO., LTD.,                         :
:
                                    Plaintiff,      :
:                          25-CV-2752 (VSB)
                  -against-                          :
:                              **ORDER**
LASHIFY, INC.,                                      :
:
                                    Defendant.      :
:
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement in

principle.  (Doc. 59.)  The parties have requested that the Court stay all proceedings, cancel all

appearances and deadlines *sine die*, and "afford the parties 60 days to memorialize their

settlement in writing before dismissal of this action, with the ability to restore this case to the

active docket only if such settlement in writing is not made."  (*Id.*)  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within sixty (60) days.

SO ORDERED.

Dated:  May 20, 2026
         New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge